UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-cr-202-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | ORDER TO UNSEAL CASE |
| v. | ) | |
| | ) | |
| MARGARET ELAINE MEDINA | ) | |

Upon motion of the United States of America, and for good cause shown, the above-captioned matter is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This 24 day of January, 2012

TERRENCE W. BOYLE
United States District Judge