UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Margaret Elaine Medina**                    **Docket No. 5:11-CR-202-1BO**

### Petition for Action on Supervised Release

COMES NOW Bentley H. Massey, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Margaret Elaine Medina, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute a Quantity of Cocaine, 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 19, 2012, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On January 21, 2015, pursuant to 18 U.S.C. § 3582(c)(2), imprisonment was reduced to 57 months.

Margaret Elaine Medina was released from custody on December 11, 2015, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

While the defendant was still an inmate with the Bureau of Prisons (Raleigh Community Corrections Center), she began individual mental health treatment at First Step Services, Raleigh, North Carolina, and would like to continue said treatment/counseling.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing is true and correct.

> /s/Bentley H. Massey
> Bentley H. Massey
> Senior U.S. Probation Officer
> 310 New Bern Avenue, Room 610
> Raleigh, NC 27601-1441
> Phone: 919-861-8815
> Executed On: December 17, 2015

**Margaret Elaine Medina**
**Docket No. 5:11-CR-202-1BO**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___/8___ day of _December_ ___, 2015, and ordered, filed, and made a part of the records in the above case.

_Terrence Boyle_

Terrence W. Boyle
U.S. District Judge