# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



**James L. Corpening, Jr.**
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8815
Fax: 919-861-5555

**DATE:** June 19, 2017

**FROM:** Bentley H. Massey
Senior U.S. Probation Officer

**SUBJECT:** MEDINA, Margaret Elaine
Case No.: 5:11-CR-202-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On January 19, 2012, pursuant to a guilty plea to Conspiracy to Possess With Intent to Distribute a Quantity of Cocaine, Margaret Elaine Medina appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 70 months imprisonment to be followed by 3 years supervised release. On January 21, 2015, pursuant to 18 U.S.C. § 3582(c)(2), imprisonment was reduced to 57 months.

The defendant was released from custody on December 11, 2015, and began supervision in the Eastern District of North Carolina.

She has performed satisfactorily on supervision. She has submitted to DNA testing, all drug screens have been negative, and she has been on low intensity supervision since June 2016. Her term of supervision is set to expire on December 10, 2018.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and does not oppose. Please indicate the court's preference by marking the appropriate selection below.

☒ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____    6-19-17
Terrence W. Boyle                 Date
U.S. District Judge

| | |
|---|---|
| PROB 35 | Report and Order Terminating Supervision |
| (Reg 3/93) | Prior to Original Expiration Date |

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                       Crim. No. 5:11-CR-202-1BO

MARGARET ELAINE MEDINA

On December 11, 2015, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,               I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller                    /s/ Bentley H. Massey
Jeffrey L. Keller                        Bentley H. Massey
Supervising U.S. Probation Officer     Senior U.S. Probation Officer
                                                   310 New Bern Avenue, Room 610
                                                   Raleigh, NC 27601-1441
                                                   Phone: 919-861-8815
                                                   Executed On: June 5, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _19_ day of _June_, 2017.

                                                   Terrence W. Boyle
                                                   U.S. District Judge